PROCESS COMPONENTS, INC. v. BALTIMORE AIRCOIL CO., INC.

No. 244PA88

(Filed 8 December 1988)

ON discretionary review of a decision of the Court of Appeals, 89 N.C. App. 649, 366 S.E. 2d 907 (1988), upholding a judgment entered by *Allen (C. Walter)*, *J.*, on 25 June 1987, in Superior Court, MECKLENBURG County, awarding treble damages to plaintiff under N.C.G.S. § 75-1.1. Heard in the Supreme Court 15 November 1988.

*William D. Acton, Jr., and Frank B. Aycock, III, for plaintiff-appellee.*

*Moore & Van Allen by Charles E. Johnson; and Greene & Michael by Robert J. Greene, Jr., for defendant-appellant.*

PER CURIAM.

Affirmed.